FILED & ENTERED

MAR 31 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY william    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Robert John Aragon,<br><br>　　　　Debtor. | Case No.: 9:11-bk-11312-RR<br><br>ORDER TO SHOW CAUSE<br>RE: DISMISSAL<br><br>DATE:　April 6. 2011<br>TIME:　2:00 p.m.<br>PLACE:　COURTROOM 201<br>　　　　1415 STATE STREET<br>　　　　SANTA BARBARA, CA 93101 |

**IT IS HEREBY ORDERED** that a hearing in this case will be held on <u>April 6, 2011, at 2:00 p.m.,</u> before the Hon. Robin Riblet, U. S. Bankruptcy Judge, at 1415 State Street, Courtroom 201, Santa Barbara, California, 93101, to consider and act upon this Order to show cause why the Court should not dismiss this case due to the following: <u>Debtor did not include on the Statement of Related Cases bankruptcy case 92-70793-RR filed on July 30, 1992, in the Central District of California.</u>  The above-named debtor is hereby ordered to appear.

DATED: March 31, 2011

　　　　　　　　　　　　　　　　　　　　*Robin Riblet*
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   _____
   _____

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   _____
   _____

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   _____
   _____

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   _____
   _____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

                                              _____
                                              *Debtor*

Dated _____

                                              _____
                                              *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*                                                           **F 1015-2.1**